No. 469. MELISH ET AL. *v.* THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY TRINITY IN THE CITY OF BROOKLYN ET AL. Court of Appeals of New York. Certiorari denied. *Raphael H. Weissman* for petitioners. *Theodore Kiendl* and *William R. Meagher* for the Church of the Holy Trinity et al.; and *Jackson A. Dykman* for De Wolfe, respondents. ▮

No. 477. SMART *v.* WOODS, HOUSING EXPEDITER, ET AL. C. A. 6th Cir. Certiorari denied. *Stuart E. Fletcher* and *John W. Cowell* for petitioner. *Solicitor General Perlman, John R. Benney, Ed Dupree, Leon J. Libeu, Nathan Siegel* and *Walter A. Rochow* for respondents.

No. 501. HARTFORD ACCIDENT & INDEMNITY CO. *v.* CASALINO. Court of Appeals of New York. Certiorari denied. *William J. Junkerman* for petitioner. *Bernard A. Grossman* for respondent.

No. 218, Misc. MARKHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 237, Misc. TASHKOFF *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se. Harold R. Fatzer,* Attorney General of Kansas, and *Willis H. McQueary,* Assistant Attorney General, for respondent.

No. 259, Misc. PETILLO *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. ▮

No. 283, Misc. SMITH *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro*

*se.* *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for respondents.

No. 289, Misc. JACKSON *v.* HUMPHREY, WARDEN. C. A. 3d Cir. Certiorari denied. 

No. 309, Misc. RUDNIK *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 316, Misc. NEAL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner. 

No. 317, Misc. CUMMINGS *v.* COOK COUNTY CIRCUIT COURT ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 324, Misc. WELLS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *George Olshausen* for petitioner. 

No. 326, Misc. SCHECTMAN *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 329, Misc. HALL *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. 

No. 331, Misc. TYLER *v.* WISCONSIN ET AL. Supreme Court of Wisconsin. Certiorari denied.